UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Ex Parte Applic. of Xiaomi Corp., et al.,

Plaintiff(s),

v.

Defendant(s).

Case No. 25-mc-80143

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lionel M. Lavenue, an active member in good standing of the bar of Supreme Court of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Xiaomi Corporation, et al. in the above-entitled action. My local co-counsel in this case is Jacob A. Schroeder, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 264717.

| | |
|---|---|
| 1875 Explorer Street, Suite 800<br>Reston, VA 20190-6023 | 3300 Hillview Ave., 2nd Floor<br>Palo Alto, CA 94304 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (571) 203-2750 | (650) 849-6600 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lionel.lavenue@finnegan.com | jacob.schroeder@finnegan.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49005.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  one  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/06/2025

Lionel M. Lavenue
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lionel M. Lavenue is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 9, 2025

UNITED STATES MAGISTRATE JUDGE

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Lionel Marks Lavenue

was admitted to practice as an attorney and counsellor at the bar of this Court on June 2, 2003.

I further certify that so far as the records of this office are concerned, Lionel Marks Lavenue is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 2nd day of June
A.D. 2025

By: *Gorina Pajalic*
Deputy Clerk