United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF XIAOMI CORPORATION, | Case No. 25-mc-80143-LJC <br><br> **ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782** <br><br> Re: Dkt. No. 1 |

Petitioner Xiaomi Corporation, Xiaomi Inc., Beijing Xiaomi Mobile Software Co. Ltd., Xiaomi Communications Co. Ltd., Xiaomi Technology Netherlands B.V., and Xiaomi Technology Germany GMBH (Xiaomi) filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing them to serve document and deposition subpoenas on ASUS Computer International (North America) (ASUS) for use in connection with a patent infringement action in Germany. ECF No. 1.

The Court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Xiaomi shall serve the application and this Order on ASUS by no later than June 23, 2025, and file proof of service. ASUS shall file any response to the application by no later than July 7, 2025. By the same deadline, the parties shall file either the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

//

If the parties do not consent, the case will be randomly assigned to a District Judge of this Court.

**IT IS SO ORDERED.**

Dated: June 9, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge