| | |
|---|---|
| **IRELL & MANELLA LLP**<br>Jordan Nafekh<br>Cal. State Bar No. 328151<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4211<br>Tel.:   (310) 203-7192<br>Email: jnafekh@irell.com | Jacob A. Schroeder, Bar No. 264717<br>jacob.schroeder@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>      **GARRETT & DUNNER, LLP**<br>Stanford Research Park<br>3300 Hillview Avenue, 2nd Floor<br>Palo Alto, CA 94304-1203<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |
| **WINSTEAD PC**<br>Jamie H. McDole<br>(*pro hac vice* application forthcoming)<br>2728 N. Harwood St.<br>Dallas, Texas 75201<br>Tel.:   (214) 745-5400<br>Fax:    (214) 745-5390<br>Email: jmcdole@winstead.com | Lionel M. Lavenue (*pro hac vice*)<br>lionel.lavenue@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>      **GARRETT & DUNNER, LLP**<br>1875 Explorer Street<br>Suite 800<br>Reston, VA 20190-6023<br>Telephone: (571) 203-2750<br>Facsimile: (571) 203-2777 |
| Attorneys for Non-Party ASUS COMPUTER INTERNATIONAL (NORTH AMERICA) | Andrew N. Schneider (*pro hac vice*)<br>andrew.schneider@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>      **GARRETT & DUNNER, LLP**<br>901 New York Avenue, N.W.<br>Washington, D.C., 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4444<br><br>Attorneys for Applicants<br>XIAOMI CORPORATION ET AL. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Ex Parte Application of XIAOMI CORPORATION, XIAOMI INC., BEIJING XIAOMI MOBILE SOFTWARE CO., LTD., XIAOMI COMMUNICATIONS CO., LTD., XIAOMI TECHNOLOGY NETHERLANDS B.V., and XIAOMI TECHNOLOGY GERMANY GmbH,<br><br>                    Applicants. | Case No.: 3:25-mc-80143-LJC<br><br>**LOCAL RULES 6-2(a) AND 7-12 JOINT STIPULATION TO ENLARGE TIME FOR ASUS COMPUTER INTERNATIONAL (NORTH AMERICA) TO RESPOND TO APPLICANTS'** ***EX PARTE*** **APPLICATION PURSUANT TO 28 U.S.C. § 1782** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, ASUS Computer International (North America) ("US ASUS") and Applicants Xiaomi Corporation, Xiaomi Inc., Beijing Xiaomi Mobile Software Co., Ltd., Xiaomi Communications Co., Ltd., Xiaomi Technology Netherlands B.V., and

Xiaomi Technology Germany GmbH (collectively, "Xiaomi" or "Applicants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 6, 2025, Xiaomi filed an *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782(a) to Obtain Discovery for Use in Foreign Proceedings (ECF No. 1);

WHEREAS, on June 9, 2025, the Court ordered that US ASUS "shall file any response to the application by no later than July 7, 2025," (ECF No. 8);

WHEREAS, Xiaomi served its *ex parte* application and the Court's June 9, 2025 Order upon US ASUS's registered agent on June 11, 2025 (ECF No. 9);

WHEREAS, US ASUS requires additional time to investigate the issues raised in Xiaomi's *ex parte* application and to gather information necessary for its response to Xiaomi's *ex parte* application than allowed under the current deadline to respond to the application;

WHEREAS, there have not been any previous time modifications in this matter, whether by stipulation or Court order;

WHEREAS, this stipulated enlargement of time to respond will have no effect on the schedule for this matter; and

WHEREAS, US ASUS and Xiaomi have agreed to enlarge the time for US ASUS to respond to the *ex parte* application by 14 days, from July 7, 2025 to and including July 21, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between US ASUS and Xiaomi, through their respective counsel, that US ASUS's deadline to respond to Xiaomi's *ex parte* application is enlarged by 14 days, from July 7, 2025 to and including July 21, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 7, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

Dated: July 3, 2025

*/s/ Jordan Nafekh*
**IRELL & MANELLA LLP**
Jordan Nafekh
Cal. State Bar No. 328151
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4211
Tel.:   (310) 203-7192
Email: jnafekh@irell.com

**WINSTEAD PC**
Jamie H. McDole
(*pro hac vice* application forthcoming)
2728 N. Harwood St.
Dallas, Texas 75201
Tel.:   (214) 745-5400
Fax:   (214) 745-5390
Email: jmcdole@winstead.com

Attorneys for Non-Party ASUS COMPUTER INTERNATIONAL (NORTH AMERICA)

| | |
|---|---|
| Dated: July 3, 2025 | */s/ Lionel M. Lavenue (w/ Permission)* |
| | Jacob A. Schroeder, Bar No. 264717 |
| | jacob.schroeder@finnegan.com |
| | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| | Stanford Research Park |
| | 3300 Hillview Avenue, 2nd Floor |
| | Palo Alto, CA 94304-1203 |
| | Telephone: (650) 849-6600 |
| | Facsimile: (650) 849-6666 |
| | |
| | Lionel M. Lavenue (pro hac vice) |
| | lionel.lavenue@finnegan.com |
| | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| | 1875 Explorer Street |
| | Suite 800 |
| | Reston, VA 20190-6023 |
| | Telephone: (571) 203-2750 |
| | Facsimile: (571) 203-2777 |
| | |
| | Andrew N. Schneider (pro hac vice) |
| | andrew.schneider@finnegan.com |
| | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| | 901 New York Avenue, N.W. |
| | Washington, D.C., 20001-4413 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4444 |
| | |
| | Attorneys for Applicants |
| | XIAOMI CORPORATION ET AL. |

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 3, 2025

*/s/ Jordan Nafekh*
Jordan Nafekh